UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-23623-Civ-COOKE/DAMIAN

GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE COMPANY,
and GEICO CASUALTY CO.,

      Plaintiffs,
v.

COMPASS MEDICAL CENTERS INC.,
JB HOLDINGS GROUP LLC, and
JOSHUA A. RIVERA,

      Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report and Recommendation ("R&R") of the Honorable Melissa Damian, U.S. Magistrate Judge (ECF No. 65) regarding Plaintiffs' Motion for Final Default Judgment (ECF No. 61). In her R&R, Judge Damian recommends that the Court grant the Motion for Final Default Judgment. The parties have not filed objections to the R&R, and the time to do so has passed.

The Court has reviewed the R&R and the relevant record and agrees with the reasoning and recommendations set forth therein. Finding no clear error, the Court **AFFIRMS AND ADOPTS** Judge Damian's R&R (ECF No. 65). It is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Motion for Final Default Judgment (ECF No. 61) is **GRANTED**. A final default judgment in favor of Plaintiffs will be entered by separate order.

**DONE AND ORDERED** in Chambers, in Miami, Florida this 12th day of December, 2022.

                                                                       _____
                                                                       DARRIN P. GAYLES
                                                                       UNITED STATES DISTRICT COURT JUDGE
                                                                       For Marcia G. Cooke, U.S. District Judge